UTICA,
August, 1829.

Harris
v.
Wilson.

CASE *vs.* TURNER and DAVENPORT.

MOTION to vacate an order to stay proceedings made by a commissioner, as preliminary to a motion to set aside a report of referees on the merits, the commissioner, on application, having refused to revoke the same.

*Application may be made to this court to vacate an order to stay proceedings, although the motion requires an examination into the merits of the case.*

*B. H. Mace,* for plaintiff.

*E. C. Southerland,* for defendants.

*By the Court,* SAVAGE, Ch. J. A motion of this kind is regular, although it requires an examination of the merits of the case. The court will not, however, vacate the order if there is probable cause for the order. In this case, we are of opinion, that there are no reasonable grounds for doubt as to the correctness of the report. The motion therefore is granted.

---

HARRIS *vs.* WILSON.

MOTION for a commission. The party upon whom the notice was served claimed to name one of the commissioners, as in cases of the nomination of referees.

*The party moving for a commission names all the commissioners, unless cause is shewn.*

*By the Court,* SUTHERLAND, J. The practice which prevails on motions for reference does not apply to a case of this kind. The opposite party has not an absolute right to nominate one of the commissioners. A substitution will be made only on cause shewn against one or more of the commissioners named by the party moving.